# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBIN D. DOWNING
*Individually and as Administrator of the estate of*
Forrest Blaker, III

       Plaintiff

  v.

                                                         Civil Action No.  3:23-cv-394

JUDY SCHUNTUBE, *TERMINATED: 01/02/2025*

KUBOTA TRACTOR CORPORATION

MORE FARM STORE, INC, *TERMINATED: 10/03/2023*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: <u>Plaintiff's claims are dismissed without prejudice.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Judge Cristal C Brisco on Motion for Summary Judgment.

DATE: 2/11/2026                                                CHANDA J. BERTA, CLERK OF COURT

                                                                by   s/A. Highlen
                                                               *Signature of Clerk or Deputy Clerk*