# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBIN D. DOWNING
*Individually and as Administrator of the estate of*
Forrest Blaker, III

JUDY SCHUNTUBE, *TERMINATED: 01/02/2025*

       Plaintiffs

  v.

                                      Civil Action No.  3:23-cv-394

KUBOTA TRACTOR CORPORATION

MORE FARM STORE, INC, *TERMINATED: 10/03/2023*

       Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:  Plaintiff's claims are dismissed without prejudice.

This action was (*check one*):

___tried to a jury with Judge _____presiding, and the jury has rendered a verdict.

___tried by Judge _____without a jury and the above decision was reached.

_X_ decided by Judge Cristal C Brisco on Motion for Summary Judgment.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

DATE: 2/17/2026  CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*